Dismissed and Memorandum Opinion filed October 5, 2006








Dismissed
and Memorandum Opinion filed October 5, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00362-CV

____________

 

ALLSTATE TEXAS LLOYDS a/s/o
GRAYLAND NOAH, Appellant

 

V.

 

MARLENE GARNANT,
Appellee

 



 

On Appeal from the County Civil Court at Law No. 4

Harris County, Texas

Trial Court Cause No. 854,858-101

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 27, 2006.  On September 25, 2006, the
parties filed a joint motion to dismiss because the case has been settled. See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed October
5, 2006.

Panel consists of Justices Anderson, Hudson, and Guzman.